1
2
3
4
5
6
7
8 UNITED STATES DISTRICT COURT
9 FOR THE EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| RICHARD LEE STRAND,<br><br>  Plaintiff,<br><br>  v.<br><br>JOE A. LIZARRAGA, et al.,<br><br>  Defendants. | No.  2:18-cv-2624 MCE DB P<br><br><br><br>ORDER |

   Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On July 8, 2020, the magistrate judge issued findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within thirty days.  (ECF No. 13).  Plaintiff has not filed objections to the findings and recommendations.

   The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

   1.  The findings and recommendations issued July 8, 2020 (ECF No. 13) are ADOPTED in full;

2. This action is DISMISSED for failure to prosecute and for failure to obey a court order, <u>see</u> Fed. R. Civ. P. 41(b) and Local Rule 110; and

3. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: September 3, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE